UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARCIA C. MACIAS DE ALVAREZ, <br> Plaintiff, <br> vs. <br> MICHAEL J. ASTRUE, Commissioner of Social Security Administration, <br> Defendant. | CASE NO. CV 11-1080 AGR <br><br> **JUDGMENT** |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: January 26, 2012

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE